IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

DARRYL BRIGHTWELL,

  Defendant.

CRIMINAL FILE NO.
1:10-CR-235-1-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 87] of the Magistrate Judge recommending denying the Defendant's Motion for Reconsideration [Doc. 85] and Motion to Supplement [Doc. 86]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Reconsideration [Doc. 85] and Motion to Supplement [Doc. 86] are DENIED.

SO ORDERED, this 28 day of March, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge